ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JEFFREY FRIEDMAN and LET THERE BE NEON CITY, INC.,**

                    Plaintiffs,

- against -

**STUART COON and LET THERE BE LIGHT - NEON,**

                    Defendants.

19 Civ. 7484 (LLS)

**ORDER**

    Plaintiffs filed their complaint on August 9, 2019.

    Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    The 90-day deadline expired on November 7, 2019. To date, plaintiffs have not filed proof with the court that either of the defendants has been served.

    Accordingly, unless on or before Monday, December 9, 2019 plaintiffs file an affidavit showing that each defendant has been served or shows good cause for their failure to do so, this action will be dismissed without prejudice against any defendant

who has not been served.

So ordered.

Dated: New York, New York
November 25, 2019

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.