ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY FRIEDMAN and LET THERE BE
NEON CITY, INC.,

                Plaintiffs,

- against -

STUART COON and LET THERE BE LIGHT -
NEON,

                Defendants.

19 Civ. 7484 (LLS)

ORDER

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated:    New York, New York
             July 31, 2020

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                        U.S.D.J.